## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**SARAH TURNER, by and through**
**Imogene Gillard, as agent and personal**
**representative of Sarah Turner**                                   **PLAINTIFF**

**V.**                                   **CAUSE NUMBER: 1:25-cv-141-JDM-DAS**

**TUPELO NURSING AND**
**REHABILITATION CENTER, LLC**                                   **DEFENDANT**

## JUDGMENT DISMISSING ACTION
## BY REASON OF SETTLEMENT

The Court has been advised that this action has settled or is in the process of being settled.

Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS ORDERED** that the action is **DISMISSED without prejudice**.   The court retains

complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement

has not been completed and further litigation is necessary.

SO ORDERED, this the 2nd of June, 2026.

  /s/ James D. Maxwell II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI